UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| VICKI BUDD, as Personal Representative and Administrator of the Estate of JEROD SCOTT DRAPER, and next friend to the minor child, C.J.D., <br><br> Plaintiff, <br><br> v. <br><br> RODNEY V. SEELYE, Individually and in his official capacity as Harrison County Sheriff, NICHOLAS SMITH, Individually and in his official capacity as Harrison County Sheriff, ADVANCED CORRECTIONAL HEALTHCARE, INC., <br><br> Defendants. | Case No.: 4:19-cv-00231-SEB-DML |

## PLAINTIFFS' PRELIMINARY WITNESS AND EXHIBIT LIST

Plaintiff, Vicki Budd, as Personal Representative and Administrator of the Estate of Jerod Scott Draper, and next friend to the minor child C.J.D., by counsel, and for their Preliminary Witness and Exhibit List per the Court's January 8, 2020 Order, state as follows:

I. Witness List:

　A. Witnesses expected to be called to testify at trial:

　　1. Jeffrey Paul Eiser, 12111 Huntergreen Drive, Cincinnati, Ohio 45251. Expected to testify as an expert witness on jail operations and staffing, his training and experience, corrections standards and practices, staff use of force, prisoner access to medical and mental healthcare, in-custody deaths, inmate supervision, booking, jail records procedures, and the training of correctional staff, supervisors, and administrators.

2. Vicki Budd, 36 Norwood Drive, Louisville, Kentucky 40299. Expected to testify regarding Jerod Draper's damages as result of his death and damages to his minor child.

3. C.J.D., Expected to testify regarding damages incurred to the minor child due to the death of the child's father.

4. Sheriff Rodney Seelye, Harrison County Sherriff's Department, 1445 Gardner Lane NW, Corydon, IN 47130. Expected to testify as to Harrison County Jail Policies and Procedures; training of correctional staff, medical staff, and officers; and his responsibilities at the Harrison County Jail.

5. Sheriff Nicholas Smith, Harrison County Sherriff's Department, 1445 Gardner Lane NW, Corydon, IN 47130. Expected to testify as to Harrison County Jail Policies and Procedures; training of correctional staff, medical staff, and officers; and his responsibilities at the Harrison County Jail.

6. Officer Gina Liebert, Harrison County Sherriff's Department, 1445 Gardner Lane NW, Corydon, IN 47130. Expected to testify regarding her training, observation, the incident that led to the arrest of Jerod Draper, and his subsequent transportation to the Harrison County Hospital and Jail.

7. Lieutenant Nathan Banet, Harrison County Sherriff's Department, 1445 Gardner Lane NW, Corydon, IN 47130. Expected to testify regarding her training, observations, the incident that led to the arrest of Jerod Draper, and his subsequent transportation to the Harrison County Hospital and Jail.

8. Sergeant Brittany Brinson, 1445 Gardner Lane NW, Corydon, IN 47130. Expected to testify regarding reports related to and/or his observations of Jerod Draper cutting his wrists while driving his car. Additionally, Sergeant Brinson is expected to testify regarding the Medical Booking Screening and questioning of Jerod Draper, and his training in booking procedures at the Harrison County Jail.

9. Officer Chad Renn, 1445 Gardner Lane NW, Corydon, IN 47130. Expected to testify regarding reports related to and/or his observations of Jerod Draper cutting his wrists while driving his car.

10. Sergeant Matt Hulsey, 1445 Gardner Lane NW, Corydon, IN 47130. Expected to testify regarding policies, procedures, and training at the Harrison County Jail for use of restraint chairs, protective helmets, spits masks, use of force, and taser regulations. Additionally, expected to testify regarding his observations when he entered Jerod Draper's cell, assisted in placing Draper in a restraint chair with a protective helmet and spit mask, used of taser multiple times, and placed Draper in a "hold" of some sort.

11. Officer Dement, 1445 Gardner Lane NW, Corydon, IN 47130. Expected to testify regarding policies, procedures, and training at the Harrison County Jail for use of restraint chairs, protective helmets, spits masks, use of force, and taser regulations. Additionally, expected to testify regarding his observations when he entered Jerod Draper's cell,  and assisted in placing Draper in a restraint chair with a protective helmet and spit mask.

12. Lieutenant Brenden Satori, 1445 Gardner Lane NW, Corydon, IN 47130. Expected to testify regarding policies, procedures, and training at the Harrison County Jail for use of restraint chairs, protective helmets, spits masks, use of force, and taser regulations. Additionally, expected to testify regarding his observations when he entered Jerod Draper's cell, and assisted in placing Draper in a restraint chair with a protective helmet and spit mask.

13. Officer Jonathan Moser, 1445 Gardner Lane NW, Corydon, IN 47130. Expected to testify regarding policies, procedures, and training at the Harrison County Jail for use of restraint chairs, protective helmets, spits masks, use of force, and taser regulations. Additionally, expected to testify regarding his observations when he entered Jerod Draper's cell, and assisted in placing Draper in a restraint chair with a protective helmet and spit mask.

14. Captain Dustin Cundall, 1445 Gardner Lane NW, Corydon, IN 47130. Expected to testify regarding policies, procedures, and training at the Harrison County Jail on inmates on suicide watch, use of restraint chairs, protective helmets, spits masks, use of force, and taser regulations. Additionally, expected to testify regarding his observations when he entered Jerod Draper's cell, and assisted in placing Draper in a restraint chair with a protective helmet and spit mask. His responsibilities as former Harrison County Jail Commander.

15. Kim Jennings, 1445 Gardner Lane NW, Corydon, IN 47130. Expected to testify regarding her responsibilities and training as Harrison County Jail Commander.

16. RN Michael Gregory, 1445 Gardner Lane NW, Corydon, IN 47130. Expected to testify regarding his medical training, training for booking of inmates, and training provided by Harrison County Jail and/or Advanced Correctional Healthcare, Inc. on providing medical care in jail setting. Additionally, his training on use of force, use of tasers, his observations of Jerod Draper and Draper's symptoms, the substance of his communications with the doctor on call, and reports prepared by him related to this incident.

17. Dr. Paul Fleming, Harrison County Hospital. Expected to testify regarding his observations, any treatment provided, treatment of individual's suspected of drug overdose or alcohol withdrawal, and Jerod Draper's release.

18. Dr. John Reisert, Harrison County Hospital. Expected to testify regarding his observations, any treatment provided, treatment of individual's suspected of drug overdose or alcohol withdrawal, and Jerod Draper's release.

19. Dr. Jeffrey Springer, Medical Examiner, Jefferson County, KY.

20. Roy Washington, NP. Expected to testify regarding medical care that he rendered to Jerod Draper on October 4, 2018.

21. Dr. Norman Johnson. Expected to testify regarding Advanced Correctional Healthcare, policies and Procedures.

22. Karen Kruceck. Expected to testify regarding Advanced Correctional Healthcare, policies and Procedures.

23. Karen Fowler. Expected to testify regarding Advanced Correctional Healthcare, policies and Procedures.

24. Any individuals necessary for the authentication of documents.

25. Any individuals necessary to lay foundation for exhibits.

26. All persons and entities identified by the parties in their discovery responses, depositions, exhibit lists, and Rule 26(a)(1) Initial Disclosures.

27. Any indidvuals necessary for the purposes of impeachment or rebuttal at trial.

B. Witness that may be called if necessary:

1. Officer Cody Faulkenburg, 1445 Gardner Lane NW, Corydon, IN 47130.
2. Officer Darell Wagner, 1445 Gardner Lane NW, Corydon, IN 47130.
3. Glen Speece, 1445 Gardner Lane NW, Corydon, IN 47130.
4. Patricia Lawell, 1445 Gardner Lane NW, Corydon, IN 47130.
5. Mark Brown, 1445 Gardner Lane NW, Corydon, IN 47130.
6. Eric Langford, 1445 Gardner Lane NW, Corydon, IN 47130.
7. Marty McClanahan, 1445 Gardner Lane NW, Corydon, IN 47130.
8. Joe Blandford, Counselor, Our Place, Inc.
9. Darrell Wagner, 1445 Gardner Lane NW, Corydon, IN 47130.

II. Exhibit List:

A. Exhibits expected to be offered:

1. Harrison County Jail Policies and Procedure Manual.

2. Contract between Advanced Correctional Healthcare, Inc. and Harrison County Jail.

3. Harrison County Jail Surveillance Video showing Draper in the Harrison County Jail.

4. Video of Draper's traffic stop.

5. Audio recordings of dispatch calls relating to Draper.

6. Medical records relating to Draper.

7. ACH medical protocols.

8. Harrison County Sheriff's Department Field Training Manual.

9. Harrison County Sheriff's Department training sign in sheets for 2017 and 2018.

10. Draper's inmate file from the Harrison County Jail.

11. Photographs of Draper and the area where Draper was house in the Harrison County Jail.

12. Jerod Draper autopsy report.

13. Any medical information or reports prepared by the Harrison County Hospital related to Jerod Draper.

14. Any recorded statements of the witnesses taken in this case by investigators.

15. All discovery responses and deposition transcripts.

16. All documents identified by the parties in their discovery responses, depositions, exhibit lists, and Rule 26(a)(1) Initial Disclosures.

17. Any exhibits necessary for the purposes of impeachment or rebuttal at trial.

B. Exhibits to be offered if necessary:

1. Schedule of Harrison County Employees working for the Sheriff's Department as either a road officer or jail officer.

2. Records of Job Descriptions maintained by the Harrison County Jail.

3. Harrison County press release regarding Jerod Draper's death.

4. Any reports prepared by Harrison County Medical Staff, Correctional Staff, Officers, and/or employees of Advanced Correctional Healthcare, Inc. regarding Jerod Draper.

Respectfully Submitted,

/s/ Larry O. Wilder
Larry O. Wilder #11443-10
Counsel for the Plaintiff
530 East Court Avenue
Jeffersonville, Indiana 47130
T: (812) 288-6820 C: (502) 930-4152
EM: larrywilder@me.com
FAX: 812.282.3188

/s/ Zachary F. Stewart
Zachary F. Stewart, #35379-39
530 East Court Ave.
Jeffersonville, Indiana 47130
T: 502-548-9890
FAX: 812-282-3188
EM: zach@zacharyfstewartlaw.com

# CERTIFICATE OF SERVICE

      I hereby certify that on 12th of February, 2020, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Larry O. Wilder
530 East Court Avenue
Jeffersonville, Indiana 47130
larrywilder@me.com
*Counsel for the Plaintiff –*
*Vicki Budd Personal Representative for the Estate of Jerod Draper*

Zachary F. Stewart
530 East Court Avenue
Jeffersonville, Indiana 47130
zach@zacharyfstewartlaw.com
*Counsel for the Plaintiff –*
*Vicki Budd Personal Representative for the Estate of Jerod Draper*

Marc Sedwick
SedwickLaw, P.C.
229 West Spring Street
New Albany, Indiana 47150
msedwick@sedwicklaw.com
*Counsel for the Plaintiff –*
*Vicki Budd Personal Representative for the Estate of Jerod Draper*

R. Jeffrey Lowe
Kightlinger & Gray, LLP
Bonterra Building
3620 Blackiston Boulevard, Suite 200
New Albany, IN 47150
jlowe@k-glaw.com
*Counsel for the Defendants –*
*Rodney Seelye, Individually and in his capacity as Harrison County Sheriff, and Nicholas Smith, Individually and in his capacity as the Harrison County Sheriff*

Corey J. Dunn
Kightlinger & Gray, LLP
Bonterra Building
3620 Blackiston Boulevard, Suite 200
New Albany, IN 47150
cdunn@k-glaw.com
*Counsel for the Defendants –*

*Rodney Seelye, Individually and in his capacity as Harrison County Sheriff, and Nicholas Smith, Individually and in his capacity as the Harrison County Sheriff*
Carol A. Dillon
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Blvd., Ste. 420
Indianapolis, IN 46250-4365
carol@bleekedilloncrandall.com
*Counsel for the Defendant –*
*Advanced Correctional Healthcare, Inc.*

Jill E. Esenwein
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Blvd., Ste. 420
Indianapolis, IN 46250-4365
jill@bleekedilloncrandall.com
*Counsel for the Defendant –*
*Advanced Correctional Healthcare, Inc.*

                /s/ Zachary F. Stewart
                Zachary F. Stewart