## Harrison County Sheriff's Department
## Press Release 10-05-2018

    On October 4th, 2018, at approximately 4:00 am, Harrison County Police arrested a 40 year old male identified as Jerod Draper after a vehicle pursuit in Corydon.  While taking Draper into custody, sheriff's deputies noticed blood coming from superficial cuts on Draper's wrists.  Draper told deputies that he was suicidal and had inflicted the injury on himself.  Deputies called EMS to the scene.  Draper refused medical treatment from EMS.  Deputies followed policy and transported Draper to the Harrison County Hospital for a medical evaluation.  Draper was evaluated and cleared by emergency room staff before being transported to the Harrison County Jail at approximately 5:35 am.  While being booked into the jail, Draper became agitated, began cursing staff and appeared to be intoxicated.  Draper was removed of his clothing and placed in a cell under suicide watch with no incident.  Draper became violent and began striking the walls of the cell.  Correctional staff verbally commanded Draper to stop before he caused injury to himself.  Draper calmed down for a short time and returned to striking hard surfaces of the cell.  At approximately 7:30 am, staff entered the cell and placed Draper in a restraint chair to prevent him from injuring himself and checked on him every 15 minutes as directed by policy.  Draper calmed down and was removed from the restraint chair at approximately 9:30 am.  Staff observed that Draper was trembling and felt warm to the touch.  Staff took Draper's temperature and obtained a reading of 99.3.  During his booking process, Draper told staff that he drinks every day.  Staff contacted a doctor and explained Draper's symptoms.  The doctor prescribed Draper Librium to counteract possible alcohol withdrawals.  Draper remained calm and stayed in his cell with no incident.  Draper was fed lunch at 11:12 am.  After lunch, Draper began walking around in circles, eventually spinning in circles.  A correctional officer and jail nurse entered Draper's cell and inspected his previously treated wrists with no incident.  After staff exited the cell, Draper began spinning in circles again.  Draper lost his balance several times and fell into multiple fixtures within his cell.  In an attempt to stop Draper from harming himself, correctional staff reentered Draper's cell and placed him back in a restraint chair.  Staff exited his cell.  Shortly thereafter Draper became increasing agitated and began banging his head violently against the back of the restraint chair.  A jail nurse along with correctional staff entered the cell and verbally commanded Draper to stop before he injured himself.  Draper would not respond to verbal commands.  Staff attempted to prevent injury to Draper's head by holding his helmet in place.  A Taser was deployed in an attempt to gain compliance.  The deployment was later followed up with several drive stuns that demonstrated little or no effect.  Draper continued to bang his head.  Staff determined that Draper may be displaying symptoms of exited delirium and contacted EMS for medical assistance.  EMS arrived at the jail at 1:27 pm and brought a gurney into the cell.  Staff began loosening Draper's restraints at which point he started kicking staff and flailing his body.  The jail nurse confirmed that Draper's airway and pulse where okay while officers continued removing Draper's wrist restraints in preparation to place him on EMS's gurney.  After releasing the restraints, Draper become unresponsive.  Draper was immediately placed on the gurney and EMS started CPR with the assistance of jail staff.  Draper was transported by ambulance to the Harrison County Hospital Emergency Room where he was treated. A preliminary drug screen was conducted at the Harrison County Hospital which revealed the presence of Methamphetamine in Draper's system.  Draper was airlifted to Norton's Brownsboro Hospital in Louisville Kentucky at approximately 4:00 pm.  At approximately 8:01 pm, Draper was pronounced deceased by attending physicians.  Draper's body was taken to the Louisville Medical Examiner's Office for a full autopsy.  A portion of what appeared to be clear plastic was found in Draper's stomach.  The medical examiner's preliminary findings are pending toxicology and other laboratory testing.  The family of Mr. Draper have been notified.

**Harrison County Sheriff's Department**

Press Release:  11-28-2018

<u>Official Statement regarding the death of Jarod Draper</u>

    A complete autopsy of Mr. Draper was conducted by the Louisville Medical Examiner's Office who ruled that his cause of death was due to acute methamphetamine intoxication with excited delirium and cardiomegaly as contributing factors.  Our hearts and prayers are with Mr. Draper's family.