# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| VICKI BUDD, as Personal Representative and Administrator of the Estate of Jerod Scott Draper, and next friend to the minor child, C.J.D., <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF RODNEY V. SEELYE, Individually and in his official capacity as Harrison County Sheriff; SHERIFF NICHOLAS SMITH, Individually and in his official capacity as Harrison County Sheriff; CAPTAIN DUSTIN CUNDALL, Harrison County Sheriff's Department; SERGEANT MATT HULSEY, Harrison County Sheriff's Department; LIEUTENANT BRENDEN SATORI, Harrison County Sheriff's Department; MICHAEL GREGORY, Harrison County Sheriff's Department; ADVANCED CORRECTIONAL, HEALTHCARE, INC.; AND ROY WASHINGTON, <br><br> Defendants | Case No.: 4:19-cv-00231-SEB-DML |

**AMENDED
SUMMONS IN A CIVIL ACTION**

TO: Michael Gregory, RN      C/O :  R. JEFFREY LOWE
                                                    KIGHTLINGER & GRAY, LLP
                                                    BONTERA BLDG
                                                    3620 BLACKISONTON BLVD, STE 200
                                                    NEW ALBANY, IN  47150

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*LARRY O. WILDER
530 E. Court Avenue
Jeffersonville, IN  47130*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                                                            *Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: _____

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                  *Server's Signature*


                                  _____
                                  *Printed name and title*


                                  _____
                                  *Server's address*

Additional information regarding attempted service, etc.