UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

VICKI BUDD, AS PERSONAL REPRESENTATIVE
AND ADMINISTRATOR OF THE ESTATE OF
JEROD SCOTT DRAPER, AND NEXT FRIEND
TO THE MINOR CHILD, C.J.D.,

    PLAINTIFF

v.                                              CASE NO. 4:19-CV-0231-SEB-DML

RODNEY V. SEELYE, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS
HARRISON COUNTY SHERIFF,
NICHOLAS SMITH, INDIVIDUALLY,
IN HIS OFFICIAL CAPACITY AS
HARRISON COUNTY SHERIFF,
CAPTAIN DUSTIN CUNDALL,
SERGEANT MATT HULSEY,
LIEUTENANT BRENDEN SATORI,
MICHAEL GREGORY, ROY WASHINGTON, AND
ADVANCED CORRECTIONAL HEALTHCARE, INC.,

    DEFENDANTS

## **STIPULATION OF DISMISSAL**

It is stipulated by and between the parties hereto that all matters in controversy in the above cause of action, including all claims contained in the Complaint, and Amended Complaints, if any, against the Defendants and any representative of the named Defendants, have been fully compromised, settled and/or resolved. It is further stipulated that the parties shall pay their own costs, expenses and attorney fees.

It is, therefore, stipulated and agreed that the Complaint is hereby dismissed against all named Defendants, with prejudice.

AGREED TO BY:

/s/ R. Jeffrey Lowe
R. Jeffrey Lowe, Atty ID 21508-22
KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Blvd.
New Albany, IN  47150
(812) 949-2300
jlowe@k-glaw.com
*Counsel for Defendants,*
*Sheriff Nicholas Smith, Individually*
*and in his capacity as Harrison County Sheriff,*
*Rodney Seelye, individually and in his capacity*
*as Harrison County Sheriff, and*
*Harrison County Sheriff's Department*
*Captain Dustin Cundall, Sergeant Matt Hulsey,*
*Lieutenant Brenden Satori and Michael Gregory*

/s/ Larry O. Wilder
Larry O. Wilder
Zachary F. Stewart
530 East Court Avenue
Jeffersonville, IN 47130
larrywilder@me.com
zach@zacharyfstewartlaw.com
*Counsel for Plaintiff,*
*Vicki Budd Personal Rep for Estate of Jerod Draper*

/s/ Marc S. Sedwick
Marc S. Sedwick
Sedwick Law, P.C.
229 W. Spring Street
New Albany, IN  47150
msedwick@sedwicklaw.com
*Co-Counsel for Plaintiff,*
*Vicki Budd Personal Rep for Estate of Jerod Draper*

/s/ Carol A. Dillon
Carol A. Dillon
Jill E. Esenwein
BLEEK DILLON CRANDALL P.C.
8470 Allison Pointe Blvd. Suite 420
Indianapolis, IN 46250-4365
carol@bleekedilloncrandall.com
jill@bleekedilloncrandall.com
*Counsel for Defendant,*
*Advanced Correctional Healthcare, Inc.*
*and Roy Washington.*

184155\61441711-1