UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

VICKI BUDD, AS PERSONAL REPRESENTATIVE
AND ADMINISTRATOR OF THE ESTATE OF
JEROD SCOTT DRAPER, AND NEXT FRIEND
TO THE MINOR CHILD, C.J.D.,

    PLAINTIFF

v.                                                                                          CASE NO. 4:19-CV-0231-SEB-DML

RODNEY V. SEELYE, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS
HARRISON COUNTY SHERIFF,
NICHOLAS SMITH, INDIVIDUALLY,
IN HIS OFFICIAL CAPACITY AS
HARRISON COUNTY SHERIFF,
CAPTAIN DUSTIN CUNDALL, SGT. MATT HULSEY,
LIEUTENANT BRENDEN SATORI,
MICHAEL GREGORY, ROY WASHINGTON, AND
ADVANCED CORRECTIONAL HEALTHCARE, INC.,

    DEFENDANTS

## ORDER OF DISMISSAL

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that all claims in this cause have been fully resolved, the Court now APPROVES the parties' Stipulation of Dismissal, Dkt. [87], and,

IT IS HEREBY ORDERED by the Court that this cause be and the same hereby is DISMISSED as to all claims, with prejudice, the parties to pay their own costs, expenses and attorney fees.

Dated this __16th__ day of __November__, 2021.

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF